## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKEISHA VARNADO, ET UX** | **CIVIL ACTION** |
| **VERSUS** | |
| **JOSEPH CARBONI, ET AL** | **NO.: 24-133-SDD-RLB** |

## MOTION TO DISMISS; ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), who respectfully moves this Honorable Court for dismissal of all claims raised against it in the First Amended Complaint (Rec. Doc. 9) filed by Plaintiffs, Lakeisha Varnado, individually and on behalf of minors, K.A.V. and K.E.V., and Tredonovan Raby, on behalf of minor, T.R., with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief can be granted against the City/Parish. In the alternative, the City/Parish respectfully requests this Honorable Court grant its motion for Plaintiffs to provide a more definite statement to satisfy the pleading requirements of Rule 6.

Attached to this motion is a Memorandum in Support, Order, and Exhibit 1, Affidavit of Probable Cause dated June 6, 2023.

**WHEREFORE**, defendant, the City/Parish, prays that this Motion to Dismiss be granted and that the claims against them be dismissed with prejudice for failure to state a claim upon which relief can be granted, at Plaintiffs' cost, and for all other legal and equitable relief justified by the premises.

**ALTERNATIVELY,** the City/Parish prays that this Motion for a More Definite Statement be granted such that Plaintiffs must amend their pleading to set forth well-pled facts surrounding the events of the arrests and the events leading to the alleged constitutional deprivation of rights against Plaintiffs.

**RESPECTFULLY SUBMITTED:
A. GREGORY ROME
PARISH ATTORNEY**

**/s/ Michael P. Schillage
Michael P. Schillage (#35554)
Sr. Special Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone: (225) 389-3114
Facsimile: (225) 389-8736
Email: mschillage@brla.gov
*Attorney for Defendant, City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 1st day of July, 2024.

   **/s/ Michael P. Schillage
   MICHAEL P. SCHILLAGE**