## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAKEISHA VARNADO, ET AL.** | * | **CIVIL ACTION NO. 24-133** |
| | * | |
| **Plaintiff** | * | **CHIEF JUDGE DICK** |
| **VERSUS** | * | |
| | * | **MAG. BOURGEOIS, JR.** |
| **JOSEPH CARBONI, ET AL** | * | |
| **Defendants.** | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Tafari Beard ("Defendant"), who, appearing solely for purposes of this Motion to Dismiss and for the reasons more fully stated in the Memorandum in Support, respectfully move this Honorable Court to dismiss all of Plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) and under the doctrine of qualified immunity.

**WHEREFORE**, Defendant respectfully prays this Honorable Court grant his Motion to Dismiss and dismiss all of Plaintiffs' claims against him with prejudice.

Respectfully submitted,

_____/s/ E. Madison Barton_____
**KYLE P. KIRSCH (Bar No. 26363)**
**E. MADISON BARTON (Bar No. 36719)**
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
***ATTORNEYS FOR TAFARI BEARD***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties via the court's electronic filing system, this 29th day of August, 2024.

_____ _/s/ E. Madison Barton_____
**E. MADISON BARTON**