UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LAKEISHA VARNADO, et al.
    Plaintiffs,

v.       No.  3:24-cv-00133-SDD-RLB

JOSEPH CARBONI., et al.
    Defendants.

**PLAINTIFF'S OPPOSED MOTION TO DEFER THE COURT'S RULING OF MOTION TO DISMISS AND TO ALLOW PARTIES TO CONDUCT LIMITED DISCOVERY RELATED TO THE QUALIFIED IMMUNITY CLAIM OF DEFENDANT TAFARI BEARD**

On February 20, 2024, plaintiffs filed their original complaint along with one exhibit filed under seal[1], and on June 4, 2024 plaintiffs filed their first amended complaint. Plaintiffs reference the comprehensive forensic interview of one of the minor litigants in footnotes 9-16 and 18-23[2] of the amended complaint. In response to both complaints and the attached exhibits, counsel for the defendant Tafari Beard filed her *Motion to Dismiss* along with eightteen exhibits[3] (juvenile records) that she alleges supports her claim that her client is afforded Qualified Immunity under the law. Plaintiffs disagree with the defendants' views of those exhibits, and for reasons stated in plaintiffs' argument section below we believe that limited discovery is warranted given the facts and law[4] surrounding this complaint. For the reasons more fully explained in their Memorandum in Support, the Plaintiffs contend that Limited Discovery should be granted in this matter.

    Respectfully Submitted,
    /S/: Ryan K. Thompson

    _____
    Ryan K. Thompson, LA Bar #38957

---

[1] See Rec Doc No. 2 and 9.
[2] See Rec Doc No. 9.
[3] See Rec Doc No. 25 and 26.
[4] See *Lion Boulos v. Wilson*, 834 F.2d 504, 508–09 (5th Cir. 1987) and Carswell v. Camp F.4th 307 (2022).

1

Attorney for Plaintiff
12605 South Harrell Ferry Rd Ste 5,
Baton Rouge, LA 70816
T: (323)271-8032
E: RKTsocialjustice@gmail.com
TRIAL ATTORNEY

/S/: Jessica F. Hawkins
_____
Jessica F. Hawkins, LA Bar #38263
Attorney for Plaintiff
P.O. Box 5072
Baton Rouge, LA 70802
T: (915)217-9192
E: jessicahawkins0421@gmail.com