UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKEISHA VARNADO, individually, and on behalf of minors, K.A.V., and K.E.V. and TREDONOVAN RABY, on behalf of minor T.R. | CIVIL NO. 24-CV-00133-SDD-RLB |
| | JUDGE SHELLY D. DICK |
| **Plaintiff,** | |
| | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| VERSUS | |
| JOSEPH CARBONI, in his personal capacity; LORENZO COLEMAN, in his personal capacity; TAFARI BEARD, in his personal capacity; UNKNOWN OFFICER 1 in his personal capacity; UNKNOWN OFFICER 2 in his personal capacity; CITY OF BATON ROUGE, and PARISH OF EAST BATON ROUGE | |
| **Defendants** | |

## ANSWER TO AMENDED COMPLAINT BY DEFENDANT, JOSEPH CARBONI

NOW INTO COURT, through undersigned counsel, comes defendant, Joseph Carboni, who files this Answer in response to the Complaint, as amended (R. Doc. 65), and denies every allegation contained therein, except those expressly admitted or otherwise qualified herein.

1.

Defendant admits that Lakeisha Varnado and Tredonovan Raby are citizens of the United States and residents of Baton Rouge, Louisiana.

2-3.

The allegations of paragraph 2 and 3  require no answer but, if one is so required the same

Is hereby denied.

4.

Defendant has no information in his possession to admit or deny the allegations of Paragrph

5.

The allegations of Paragraph 5 are denied as written.

6.

Defendant admits that he is a resident of Louisiana and an employee of the Baton Rouge

Police Department.

7-9

The allegations of Paragraphs 7-9 are admitted.

10.

The allegations of Paragraph 10 are denied as written.

11-29.

The allegations of Paragraphs 11-29 are denied.

30.

Defendant denies the assertions of T.R. as alleged in Paragraph 30.

31.

The allegations of Paragraphs 31-36 are denied.

32-85.

The allegations in Paragraphs 32-85 do not pertain to defendant, Carboni, nor does he

possess sufficient information to justify a belief therein so the same are hereby denied.

86-93.

The allegations of Paragraphs 86-93 are denied.

94.

Defendant admits the statement of law of Paragraph 94.

95-101.

The allegations of Paragraphs 95-101 are denied.

102-104.

Defendant admits the statement of law of Paragraphs 102-104.

105-112.

The allegations of Paragraphs 105-112 are denied.

113-115.

Defendant admits the statement of law of Paragraphs 113-115.

116-117.

The allegations of Paragraphs 116-117 are denied.

118-121.

The allegations in Paragraphs 118-121 do not pertain to defendant, Carboni, nor does he possess sufficient information to justify a belief therein so the same are hereby denied.

122-137.

The allegations of Paragraphs 122-137 are denied.

138.

Defendant admits that the Constitution provides the alleged protections to all citizens.

139-141.

The allegations of Paragraphs 139-141 are denied.

142.

Plaintiffs' request of Paragraph 142 requires no response.

143.

Defendant denies that plaintiffs are entitled to the relief sought in their prayer.

## AFFIRMATIVE DEFENSES

**AND NOW,** further responding to the allegations of plaintiff's *Amended Complaint*, defendant, Carboni, pleads as follows:

### First Defense

The plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

The plaintiff did not state a claim against Carboni pursuant to 42 U.S.C. § 1983.

### Third Defense

Defendant, Carboni, affirmatively pleads that his conduct during the incident giving rise to this action was lawful and reasonable based upon the facts known to him at the time.

### Fourth Defense

Upon information and belief, the plaintiff has incurred no actual damages, or is not entitled to recover statutory damages.

### Fifth Defense

Upon information and belief, the injuries and damages alleged by the plaintiff were not caused by the alleged incident giving rise to this action. Carboni shows that the injuries alleged by the plaintiff were entirely pre-existing and that as a result, Carboni is not liable for the damages resulting from those alleged injuries. Alternatively, Carboni shows that the injuries alleged by plaintiff are aggravations of pre-existing injuries for which the plaintiff is only entitled to recover damages commensurate with the degree of aggravation, if any can be proven.

4

**Sixth Defense**

Upon information and belief, any injuries or damages the plaintiff may have incurred are as a result of acts or omission of parties other than Carboni for which he is not legally responsible.

**Seventh Defense**

Upon information and belief, plaintiff failed to mitigate or prevent all of the alleged damages.

**Eighth Defense**

Carboni shows that the incident complained of herein was caused either solely (or in part) by the fault and negligence of the plaintiff or third persons with which Carboni has no legal or actual relationship, and therefore, plaintiff's recovery should either be barred or reduced in accordance with the principles of comparative fault.

**Ninth Defense**

Carboni affirmatively pleads that he did nothing to constitute a violation of federal or state law.

**Tenth Defense**

Carboni's actions were reasonable, taken in good faith, and for legitimate purposes.

**Eleventh Defense**

At all times pertinent hereto, Carboni acted in good faith while in the performance of his official duties and is therefore entitled to qualified immunity or privileges under the applicable state or federal law. To the extent applicable to his actions, Carboni is entitled to the statutory limitations outlined in La. R.S. 9:2798.1.

**Twelfth Defense**

To the extent applicable to his actions, Carboni affirmatively pleads the statutory provision of La. R.S. 13:5106 and La. 13:5112.

## <u>JURY TRIAL</u>

Carboni demands a trial by jury.

**WHEREFORE**, **the defendant, Joseph Carboni, prays**:

1.    That this Answer to plaintiff's *Amended Complaint* be deemed good and sufficient;

2.    For a trial by jury;

3.    That after all legal delays and due proceedings are had, there be a judgment rendered in favor of Joseph Carboni, and against plaintiff, dismissing plaintiff's demands with prejudice, at the cost of the plaintiff; and,

4.    For all general and equitable relief to which Carboni may be entitled.

**RESPECTFULLY SUBMITTED:**

*/s/B. Kyle Kershaw*
**B. KYLE KERSHAW (#23161)**
***Attorney for defendant, Joseph Carboni***
212 Laurel Street
Baton Rouge, Louisiana   70801
Telephone: (225) 336-9600
Facsimile: (225) 709-1554
Email: kylekershaw@bellsouth.net

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing Answer to Complaint by Defendant, Joseph Carboni, was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 16th day of September, 2024.


_____*/s/B. Kyle Kershaw*_____
**B. KYLE KERSHAW**
**Counsel for Defendant, Joseph Carboni**