**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


LAKEISHA VARNADO, et al.
          Plaintiff,


v.                                                  No.    3:24-cv-133


JOSEPH CARBONI., et al.


          Defendants.


### Plaintiff's Opposed Motion to Amend Complaint

**I.**

Now comes the plaintiff, through undersigned counsel, and moves the court pursuant to Rules 15, 19, and 20 of Federal Rules of Civil Procedure, to amend the Complaint to clear up alleged deficiencies raised by the Defendants in their *Motion to Dismiss*.

**II.**

Plaintiff contends that the amendments to the Complaint will not result in undue prejudice to the other parties, will not cause undue delay, and are not offered in bad faith.

**III.**

After conferring with counsel for the Defendants, undersigned has confirmed that all current defendants object to the instant motion.

**IV.**

Moreover, filed simultaneously with this motion is the plaintiff's memorandum in support of the motion and the Amended Complaint, attached hereto, which is being lodged with the clerk's office pending decision by this court of the motion to amend.


/**s**/ Ryan K. Thompson

**Ryan K. Thompson, LA Bar #38957**
**TRIAL ATTORNEY**
660 Richland Ave
Baton Rouge, LA 70806
T: (323)271-8032
E: RKTsocialjustice@gmail.com

**Jessica F. Hawkins, LA Bar #38263**
P.O. Box 5072
Baton Rouge, LA 70802

T: (915)217-9192
E: jessicahawkins0421@gmail.com

### *Certificate of Service*

I hereby certify that a copy of the foregoing has been filed and delivered to all parties utilizing the Courts CM/ECF online system.

**/S/: Jessica F. Hawkins**
Jessica F. Hawkins