UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LAKEISHA VARNADO, individually,
and on behalf of minors, K.A.V.,
and K.E.V. and TREDONOVAN RABY,
on behalf of minor T.R.
                  **Plaintiff,**

v.

JOSEPH CARBONI., in his personal      Case No. 3:24-cv-133-SDD-RLB
capacity; LORENZO COLEMAN, in his
personal capacity; TAFARI BEARD, in his
personal capacity; UNKNOWN OFFICER 1
in his personal capacity; UNKNOWN
OFFICER 2 in his personal capacity;
CITY OF BATON ROUGE, and PARISH OF
EAST BATON ROUGE.
                  **Defendants.**

## LORENZO COLEMAN'S ANSWER TO PETITIONER'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel comes, comes the Defendant, Lorenzo Coleman, who in response to the Amended Complaint [DOC. 48] filed against him by the Plaintiff's in this matter, respectfully answers as follows:

1. For lack of sufficient information the defendant denies the allegations of paragraph 1.

2. The allegations of this paragraph do not call for an answer from this defendant.

3. The allegations of this paragraph do not call for an answer from this defendant.

4. The allegations of this paragraph do not call for an answer from this defendant.

5. The allegations of this paragraph do not call for an answer from this defendant.

6. Defendant admits that he is a resident of Louisiana and is employed by BRPD.

7. Allegations of paragraph 7 are admitted.

8. The allegations of this paragraph do not call for an answer from this defendant.

9. The allegations of this paragraph do not call for an answer from this defendant.

10. The allegations of this paragraph do not call for an answer from this defendant.

11. The allegations of this paragraph do not call for an answer from this defendant.

12. For lack of sufficient information the allegations of this paragraph are denied.

13. For lack of sufficient information the allegations of this paragraph are denied.

14. For lack of sufficient information the allegations of this paragraph are denied.

15. For lack of sufficient information the allegations of this paragraph are denied.

16. For lack of sufficient information the allegations of this paragraph are denied.

17. For lack of sufficient information the allegations of this paragraph are denied.

18. For lack of sufficient information the allegations of this paragraph are denied.

19. For lack of sufficient information the allegations of this paragraph are denied.

20. For lack of sufficient information the allegations of this paragraph are denied.

21. For lack of sufficient information the allegations of this paragraph are denied.

22. For lack of sufficient information the allegations of this paragraph are denied.

23. For lack of sufficient information the allegations of this paragraph are denied.

24. The defendant admits that he transported a family member to the BRPD First District Police Station.

25. For lack of sufficient information the allegations of this paragraph are denied.

26. For lack of sufficient information the allegations of this paragraph are denied.

27. For lack of sufficient information the allegations of this paragraph are denied.

28. For lack of sufficient information the allegations of this paragraph are denied.

29. For lack of sufficient information the allegations of this paragraph are denied.

30. For lack of sufficient information the allegations of this paragraph are denied.

31. For lack of sufficient information the allegations of this paragraph are denied.

32. For lack of sufficient information the allegations of this paragraph are denied.

33. For lack of sufficient information the allegations of this paragraph are denied.

34. For lack of sufficient information the allegations of this paragraph are denied.

35. For lack of sufficient information the allegations of this paragraph are denied.

36. The allegations of this paragraph are denied.

37. The allegations of this paragraph do not call for an answer from this defendant.

38. The allegations of this paragraph do not call for an answer from this defendant.

39. The allegations of this paragraph do not call for an answer from this defendant.

40. The allegations of this paragraph are denied as written.

41. The allegations of this paragraph do not call for an answer from this defendant.

42. The allegations of this paragraph do not call for an answer from this defendant.

43. The allegations of this paragraph do not call for an answer from this defendant.

44. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

45. The allegations of this paragraph do not call for an answer from this defendant.

46. The allegations of this paragraph do not call for an answer from this defendant.

47. The allegations of this paragraph do not call for an answer from this defendant.

48. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

49. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

50. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

51. The allegations of this paragraph do not call for an answer from this defendant.

52. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

53. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

54. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

55. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

56. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

57. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

58. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

59. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

60. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

61. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

62. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

63. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

64. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

65. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

66. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

67. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

68. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

69. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

70. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

71. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

72. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

73. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

74. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

75. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

76. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

77. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

78. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

79. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

80. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

81. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

82. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

83. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

84. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

85. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

86. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

87. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

88. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

89. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

90. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

91. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

92. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

93. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

94. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

95. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

96. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

97. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

98. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

99. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

100. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

101. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

102. The allegations of this paragraph are denied.

103. The allegations of this paragraph are denied.

104. The allegations of this paragraph are denied.

105. The allegations of this paragraph are denied.

106. The allegations of this paragraph are denied.

107. The allegations of this paragraph do not call for an answer from this defendant.

108. The allegations of this paragraph do not call for an answer from this defendant.

109. The allegations of this paragraph do not call for an answer from this defendant.

110. The allegations of this paragraph do not call for an answer from this defendant. and for lack of sufficient information the allegations of this paragraph are denied.

111. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

112. The allegations of this paragraph are denied.

113. The allegations of this paragraph are denied.

114. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

115. The allegations of this paragraph are denied.

116. The allegations of this paragraph are denied.

117. The allegations of this paragraph are denied.

118. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

119. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

120. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

121. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

122. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

123. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

124. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

125. The allegations of this paragraph do not call for an answer from this defendant and for lack of sufficient information the allegations of this paragraph are denied.

126. The allegations of this paragraph are denied.

127. The allegations of this paragraph are denied.

128. The allegations of this paragraph do not call for an answer from this defendant.

129. The allegations of this paragraph do not call for an answer from this defendant.

130. The allegations of this paragraph do not call for an answer from this defendant.

131. The allegations of this paragraph do not call for an answer from this defendant.

132. The allegations of this paragraph do not call for an answer from this defendant.

133. The allegations of this paragraph do not call for an answer from this defendant.

134. The allegations of this paragraph do not call for an answer from this defendant.

135. The allegations of this paragraph do not call for an answer from this defendant.

136. The allegations of this paragraph do not call for an answer from this defendant.

137. The allegations of this paragraph do not call for an answer from this defendant.

138. The allegations of this paragraph do not call for an answer from this defendant.

139. The allegations of this paragraph do not call for an answer from this defendant.

140. The allegations of this paragraph are denied.

141. The allegations of this paragraph are denied.

142. The allegations of this paragraph do not call for an answer from this defendant.

143. The allegations of this paragraph are denied.

144. The allegations of this paragraph are denied.

145. The allegations of this paragraph do not call for an answer from this defendant.

146. The allegations of this paragraph do not call for an answer from this defendant.

147. The allegations of this paragraph do not call for an answer from this defendant.

148. The allegations of this paragraph do not call for an answer from this defendant.

149. The allegations of this paragraph are denied.

150. The allegations of this paragraph are denied.

151. The allegations of this paragraph are denied.

152. The allegations of this paragraph are denied.

153. The allegations of this paragraph are denied.

154. The allegations of this paragraph do not call for an answer from this defendant.

155. The allegations of this paragraph do not call for an answer from this defendant.

156. The allegations of this paragraph are denied.

157. The allegations of this paragraph are denied.

158. The allegations of this paragraph are denied.

159. The allegations of this paragraph do not call for an answer from this defendant.

160. The allegations of this paragraph do not call for an answer from this defendant.

---

## AFFIRMATIVE DEFENSES

**NOW, FURTHER ANSWERING, LORENZO COLEMAN** specifically pleads the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted against Defendant in violation of Federal Rule of Civil Procedure 8(a) and, therefore, must be dismissed under Federal Rule of Civil Procedure 12(b)(6).

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's Complaint, in whole or in part, is barred by the applicable statute of limitations, repose, prescription, peremption and/or laches.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has incurred no actual damages and/or is not entitled to recover statutory damages.

**FOURTH AFFIRMATIVE DEFENSE**

Any damages that plaintiff may have incurred are as a result of acts or omissions of parties other than the Defendant and Defendant is not legally responsible.

**FIFTH AFFIRMATIVE DEFENSE**

It is specifically averred that plaintiff failed to mitigate and/or prevent all the alleged damages.

**SIXTH AFFIRMATIVE DEFENSE**

It is specifically averred that plaintiff has no cause of action against Lorenzo Coleman.

**SEVENTH AFFIRMATIVE DEFENSE**

It is affirmatively pled that Lorenzo Coleman did nothing to constitute a violation of any federal of state law.

**EIGHTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman's actions were reasonable, taken in good faith, and for legitimate purposes.

**NINTH AFFIRMATIVE DEFENSE**

At all times pertinent hereto, Lorenzo Coleman acted in good faith while in the performance of his official duties and is entitled to qualified immunity and/or privilege pursuant to any applicable State and/or Federal law including but not limited to the statutory limitations provided for in La. R. S. 9:2798.1

**TENTH AFFIRMATIVE DEFENSE**

To the extent that any of Plaintiff's claims asserted in the instant action were litigated and resolved in any prior action, those claims are barred in the instant action by reason of the primary right, res judicata, and collateral estoppel doctrines, which prohibit splitting a single cause of action into successive suits, in which Plaintiffs seek additional recovery for injuries for which Plaintiffs were previously compensated by alleged joint tortfeasors.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to specifically plead special damages as required by Federal Rule of Civil Procedure 9(g) and, therefore, all of Plaintiffs' claims for such special damages must be stricken and/or dismissed.

**TWELFTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman's first notice of the claims set forth in Plaintiff's Complaint was service of said Complaint upon him, and accordingly, Lorenzo Coleman reserves the right to amend this Answer and/or add additional affirmative defenses and/or counterclaims, if it becomes appropriate, after full investigation and discovery.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman owed no duty to Plaintiff. Even assuming, *arguendo*, Lorenzo Coleman did owe a duty to Plaintiff, Lorenzo Coleman at all times acted reasonably and with due care toward Plaintiffs and, as a result, did not violate any such duty or duties.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to assert the claims and allegations pled in the Complaint.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman denies that Plaintiff incurred any injuries or damages. However, as to any injuries or damages Plaintiff is alleged to have incurred, Plaintiff failed to exercise ordinary care for his own safety, and such failure on his part proximately caused any injuries or damages alleged in Plaintiff's Complaint. Plaintiff's recovery from Lorenzo Coleman, if any, must be reduced by Plaintiff's comparative fault.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman alleges that no conduct by or attributable to it was the cause in fact or the proximate cause of the damages, if any, alleged in Plaintiff's Complaint.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman alleges that, to the extent that the Plaintiff has received payment from any alleged joint tortfeasor in full satisfaction of any of the alleged injuries or claims against Lorenzo Coleman or other alleged joint tortfeasors in the instant action, Plaintiff's Complaint, in whole or in part, is barred by the defenses of payment and accord and satisfaction.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman asserts that immunities provided to it pursuant to La. R.S. 9:2798.1, La. R.S. 9:2800 and any and all other provisions of the Louisiana Constitution or statutory law providing for immunity or exception from liability for governmental entities.

**NINETEENTH AFFIRMATIVE DEFENSE**

Lorenzo Coleman hereby adopts and incorporates by reference any and all affirmative defenses pled and deemed successful by any other defendant or party to the instant action, except where such defenses implicate Defendants.

**TWENTIETH AFFIRMATIVE DEFENSE**

Lorenzo Coleman hereby gives notice that he intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and reserves the right to supplement or amend his answer to assert such defenses.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Lorenzo Coleman now shows that he is entitled to and demands trial by jury.

**WHEREFORE** Lorenzo Coleman, prays that this Answer be deemed good and sufficient and that after all the proceedings had, that there be judgment in his favor and against the plaintiff, dismissing the plaintiff's cause at plaintiff's cost, for all general and equitable relief, and for notice of all decrees of this Honorable Court, whether interlocutory or final.

**FURTHER,** Lorenzo Coleman prays that there be a trial by jury.

Respectfully Submitted:

/s/John S. McLindon
**JOHN S. MCLINDON**
**Attorney at Law (La Bar No. 19703)**
12345 Perkins Rd. Bldg. 2, Suite 202

>Baton Rouge, Louisiana 70810
>Telephone:   225-408-0362
>Cell:        225-603-6493
>Email:       john@mclindonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this date electronically sent to all counsel of record to the email address listed with the Court's electronic filing system.  Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 11th day of March, 2025.


>_____/s/John S. McLindon_____
>**JOHN S. MCLINDON**