**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LAKEISHA VARNADO, ET AL.** | * | **CIVIL ACTION NO. 24-133** |
| | * | |
| **Plaintiff** | * | **CHIEF JUDGE DICK** |
| **VERSUS** | * | |
| | * | **MAG. BOURGEOIS, JR.** |
| **JOSEPH CARBONI, ET AL** | * | |
| **Defendants** | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Tafari Beard, (hereinafter "Beard" or "Defendant"), who respectfully responds to Plaintiff's Amended Complaint[1] (hereinafter "the Complaint"), by denying each and every allegation contained therein including the unnumbered paragraphs, except those specifically admitted. In further answering, Defendant responds to the allegations contained in the Complaints as follows:

### FIRST AFFIRMATIVE DEFENSE

Defendant affirmatively alleges Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant further pleads, in affirmative defense, the Plaintiffs Sole and/or Comparative Fault.

### THIRD AFFIRMATIVE DEFENSE

Defendant affirmatively alleges that Plaintiffs' alleged injuries were caused by persons for

---

[1] R. Doc. 59.

whom he is not legally responsible.

## FOURTH AFFIRMATIVE DEFENSE

Defendant affirmatively alleges Plaintiffs' claims are frivolous, groundless, and unreasonable, and therefore, Defendants are entitled to an award of fees and costs pursuant to 42 U.S.C. Section 1983.

## FIFTH AFFIRMATIVE DEFENSE

Defendant affirmatively alleges Plaintiff's sole or comparative fault.

## SIXTH AFFIRMATIVE DEFENSE

Defendant pleads the limitation of liability provided by La. R.S. 9:2798.1, La. R.S. 9:2800, La. R.S. 13:5106, La. R.S. 13:5105 and La. R.S. 13:5112.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant affirmatively alleges that Plaintiffs' claims against them are untimely and are barred by prescription and/or the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant affirmatively alleges that at all relevant times his actions were reasonable, taken in good faith, and for legitimate purposes of criminal activity prevention and pursuant to a lawful search warrant due to "Shotspotter" activation on May 31, 2023 reporting 22 rounds fired in the area, neighbors confirming/reporting firearms being shot at night, bullet holes being found in the fence of a nearby residence.

## NINTH AFFIRMATIVE DEFENSE

Defendant affirmatively alleges that Plaintiffs' alleged injuries and/or damages, which are specifically denied, were caused by factors unrelated to the care and treatment by Defendants.

**TENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively alleges that Plaintiffs' alleged injuries and/or damages, if any, which are denied, are the result of natural causes, natural illness, and/or other acts or events unrelated to the incidents that are the subject of this suit and for which such acts he is not responsible or liable.

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads that he is entitled to qualified immunity.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads Plaintiff is not entitled to punitive damages.

**THIREENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively alleges Plaintiffs lack the procedural capacity to institute this suit.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively alleges Plaintiff has not sustained any actual damages and is not entitled to recover statutory damages.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendant affirmatively alleges Plaintiff failed to mitigate and/or prevent her damages.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendant prays for and demand a trial by jury.

**AND NOW,** in answering the numbered paragraphs of Plaintiff's Complaint, Defendant specifically avers as follows:

1.

The allegations of Paragraph 1 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of Paragraph 2 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein and because they state legal conclusions.

3.

The allegations of Paragraph 3 of Plaintiff's Complaint denied for lack of sufficient information to justify a belief therein and because they state legal conclusions.

4.

The allegations of Paragraph 4 of Plaintiff's Complaint are denied because they state legal conclusions.

5.

The allegations of Paragraph 5 of Plaintiff's Complaint are denied because they state a legal conclusion.

6.

The allegations of Paragraph 6 of Plaintiff's Complaint are denied because they state a legal conclusion.

7.

The allegations of Paragraph 7 of Plaintiff's Complaint are denied.

8.

The allegations of Paragraph 8 of Plaintiff's Complaint are not addressed to Defendant, and therefore, no response is required by this Defendant. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein and because they state legal conclusions.

9

The allegations of Paragraph 9 of Plaintiff's Complaint are denied because they state a legal conclusion.

10.

The allegations of Paragraph 10 of Plaintiff's Complaint are denied as written, because they state a legal conclusion, and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

11.

The allegations of Paragraph 11 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations of Paragraph 12 of Plaintiff's Complaint denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

13.

The allegations of Paragraph 13 of Plaintiff's Complaint are denied.

14.

The allegations of Paragraph 14 of Plaintiff's Complaint are denied.

15.

The allegations of Paragraph 15 of Plaintiff's Complaint are denied.

16.

The allegations of Paragraph 16 of Plaintiff's Complaint are denied.

17.

The allegations of Paragraph 17 of Plaintiff's Complaint are denied.

18.

The allegations of Paragraph 18 of Plaintiff's Complaint are denied.

19.

The allegations of Paragraph 19 of Plaintiff's Complaint are denied.

20.

The allegations of Paragraph 20 of Plaintiff's Complaint are denied.

21.

The allegations of Paragraph 21 of Plaintiff's Complaint are denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

22.

The allegations of Paragraph 22 of Plaintiff's Complaint are denied.

23.

The allegations of Paragraph 23 of Plaintiff's Complaint are denied.

24.

The allegations of Paragraph 24 of Plaintiff's Complaint are denied.

25.

The allegations of Paragraph 25 of Plaintiff's Complaint are denied.

26.

The allegations of Paragraph 26 of Plaintiff's Complaint are denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of

this Court.

27.

The allegations of Paragraph 27 of Plaintiff's Complaint are denied.

28.

The allegations of Paragraph 28 of Plaintiff's Complaint are denied.

29.

The allegations of Paragraph 29 of Plaintiff's Complaint are denied.

30.

The allegations of Paragraph 30 of Plaintiff's Complaint are denied.

31.

The allegations of Paragraph 31 of Plaintiff's Complaint are denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

32.

The allegations of Paragraph 32 of Plaintiff's Complaint are denied.

33.

The allegations of Paragraph 33 of Plaintiff's Complaint are denied.

34.

The allegations of Paragraph 34 of Plaintiff's Complaint are denied.

35.

The allegations of Paragraph 35 of Plaintiff's Complaint are denied.

36.

The allegations of Paragraph 36 of Plaintiff's Complaint are denied.

37.

The allegations of Paragraph 37 of Plaintiff's Complaint are denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

38.

The allegations of Paragraph 38 of Plaintiff's Complaint are denied.

39.

The allegations of Paragraph 39 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied as written and for lack of sufficient information to justify a belief therein.

40.

The allegations of Paragraph 40 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

41.

The allegations of Paragraph 41 of Plaintiff's Complaint are denied.

42.

The allegations of Paragraph 42 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they make reference to a document which is the best evidence of its contents.

43.

The allegations of Paragraph 43 of Plaintiff's Complaint are denied because they state a legal conclusion.

44.

The allegations of Paragraph 44 of Plaintiff's Complaint are denied because they state a legal conclusion.

45.

The allegations of Paragraph 45 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state a legal conclusion and make reference to a document which is the best evidence of its contents.

46.

The allegations of Paragraph 46 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state a legal conclusion and make reference to a document which is the best evidence of its contents.

47.

The allegations of Paragraph 47 of Plaintiff's Complaint are denied.

48.

The allegations of Paragraph 48 of Plaintiff's Complaint are denied.

49.

The allegations of Paragraph 49 of Plaintiff's Complaint are denied.

50

The allegations of Paragraph 50 of Plaintiff's Complaint are denied.

51.

The allegations of Paragraph 51 of Plaintiff's Complaint are denied.

52.

The allegations of Paragraph 52 of Plaintiff's Complaint are denied.

53.

The allegations of Paragraph 53 of Plaintiff's Complaint are denied.

54.

The allegations of Paragraph 54 of Plaintiff's Complaint are denied.

55.

The allegations of Paragraph 55 of Plaintiff's Complaint are denied.

56.

The allegations in Paragraph 56 of Plaintiff's Complaint are denied.

57.

The allegations of Paragraph 57 of Plaintiff's Complaint are denied.

58.

The allegations of Paragraph 58 of Plaintiff's Complaint are denied.

59.

The allegations of Paragraph 59 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

60.

The allegations of Paragraph 60 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

61.

The allegations of Paragraph 61 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

62.

The allegations of Paragraph 62 of Plaintiff's Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein.

63.

The allegations of Paragraph 63 of Plaintiffs' Complaint are denied.

64.

The allegations of Paragraph 64 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein.

65.

The allegations of Paragraph 65 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein.

66.

The allegations of Paragraph 66 of Plaintiffs' Complaint are denied.

67.

The allegations of Paragraph 67 of Plaintiffs' Complaint are not directed to this defendant,

and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein.

68.

The allegations of Paragraph 68 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein.

69.

The allegations of Paragraph 69 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, said allegations are denied for lack of sufficient information to justify a belief therein and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

70.

The allegations of Paragraph 70 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

71.

The allegations of Paragraph 71 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

72.

The allegations of Paragraph 72 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

73.

The allegations of Paragraph 73 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

74.

The allegations of Paragraph 74 of Plaintiffs' Complaint are denied.

75.

The allegations of Paragraph 75 of Plaintiffs' Complaint are denied

76.

The allegations of Paragraph 76 of Plaintiffs' Complaint are denied for lack of sufficient information to justify a belief therein.

77.

The allegations of Paragraph 77 of Plaintiffs' Complaint are denied for lack of sufficient information to justify a belief therein.

78.

The allegations of Paragraph 78 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

79.

The allegations of Paragraph 79 of Plaintiffs' Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations of Paragraph 80 of Plaintiffs' Complaint are not directed to this defendant,

and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

81.

The allegations of Paragraph 81 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

82.

The allegations of Paragraph 82 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

83.

The allegations of Paragraph 83 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

84.

The allegations of Paragraph 84 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

85.

The allegations of Paragraph 85 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

86.

The allegations of Paragraph 86 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

87.

The allegations of Paragraph 87 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

88.

The allegations of Paragraph 88 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

89.

The allegations of Paragraph 89 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

90.

The allegations of Paragraph 90 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

91.

The allegations of Paragraph 91 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are

denied for lack of sufficient information to justify a belief therein.

92.

The allegations of Paragraph 92 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

93.

The allegations of Paragraph 93 of Plaintiffs' Complaint are denied.

94.

The allegations of Paragraph 94 of Plaintiffs' Complaint are denied.

95.

The allegations of Paragraph 95 of Plaintiffs' Complaint are denied.

96.

The allegations of Paragraph 96 of Plaintiffs' Complaint are denied.

97.

The allegations of Paragraph 97 of Plaintiffs' Complaint are denied.

98.

The allegations of Paragraph 98 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

99.

The allegations of Paragraph 99 of Plaintiffs' Complaint are denied.

100.

The allegations of Paragraph 100 of Plaintiffs' Complaint are denied.

101.

The allegations of Paragraph 101 of Plaintiffs' Complaint are denied.

102.

The allegations of Paragraph 102 of Plaintiffs' Complaint are denied.

103.

The allegations of Paragraph 103 of Plaintiffs' Complaint are denied.

104.

The allegations of Paragraph 104 of Plaintiffs' Complaint are denied.

105.

The allegations of Paragraph 105 of Plaintiffs' Complaint are denied.

106.

The allegations of Paragraph 106 of Plaintiffs' Complaint are denied.

107.

The allegations of Paragraph 107 of Plaintiffs' Complaint are denied.

108.

The allegations of Paragraph 108 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

109.

The allegations of Paragraph 109 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

110.

The allegations of Paragraph 110 of Plaintiffs' Complaint are denied.

111.

The allegations of Paragraph 111 of Plaintiffs' Complaint are denied because they state legal conclusions.

112.

The allegations of Paragraph 112 of Plaintiffs' Complaint are denied.

113.

The allegations of Paragraph 113 of Plaintiffs' Complaint are denied.

114.

The allegations of Paragraph 114 of Plaintiffs' Complaint are denied.

115.

The allegations of Paragraph 115 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

116.

The allegations of Paragraph 116 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

117.

The allegations of Paragraph 117 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

118.

The allegations of Paragraph 118 of Plaintiffs' Complaint are denied.

119.

The allegations of Paragraph 119 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions.

120.

The allegations of Paragraph 120 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

121.

The allegations of Paragraph 121 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions.

122.

The allegations of Paragraph 120 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

123.

The allegations of Paragraph 123 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

124.

The allegations of Paragraph 124, including subparagraphs (I)-(V), of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

125.

The allegations of Paragraph 125 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

126.

The allegations of Paragraph 126 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

127.

The allegations of Paragraph 127 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

128.

The allegations of Paragraph 128 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

129.

The allegations of Paragraph 129 of Plaintiffs' Complaint are denied.

130.

The allegations of Paragraph 130 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions.

131.

The allegations of Paragraph 131 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions.

132.

The allegations of Paragraph 132 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied because they state legal conclusions.

133.

The allegations of Paragraph 133 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

134.

The allegations of Paragraph 134 of Plaintiffs' Complaint, including subparagraphs (I)-(XIII), are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

135.

The allegations of Paragraph 135 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are

denied as written and because part of the complete paragraph is not legible for failure to comply with the margin requirements of this Court.

136.

The allegations of Paragraph 136 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

137.

The allegations of Paragraph 137 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

138.

The allegations of Paragraph 138 of Plaintiffs' Complaint are not directed to this defendant, and therefore, no response is required. To the extent a response is required, the allegations are denied.

139.

The allegations of Paragraph 139 of Plaintiffs' Complaint are denied.

140.

The allegations of Paragraph 140 of Plaintiffs' Complaint, including subparagraphs (A)-(D), are denied.

141.

The allegations of Paragraph 141 of Plaintiffs' Complaint are denied.

142.

The allegations of Paragraph 142 of Plaintiffs' Complaint are denied.

143.

The allegations of Paragraph 143 of Plaintiffs' Complaint are denied.

144.

The allegations of Paragraph 144 of Plaintiffs' Complaint are denied.

145.

The allegations of Paragraph 145 of Plaintiffs' Complaint are denied.

146.

The allegations of Paragraph 146 of Plaintiffs' Complaint are denied because they state legal conclusions.

147.

The allegations of Paragraph 147 of Plaintiffs' Complaint are denied because they state legal conclusions.

148.

The allegations of Paragraph 148 of Plaintiffs' Complaint are denied because they state legal conclusions.

149.

The allegations of Paragraph 149 of Plaintiffs' Complaint are denied.

150.

The allegations of Paragraph 150 of Plaintiffs' Complaint are denied.

151.

The allegations of Paragraph 151 of Plaintiffs' Complaint are denied.

152.

The allegations of Paragraph 152 of Plaintiffs' Complaint are denied.

153.

The allegations of Paragraph 153 of Plaintiffs' Complaint are denied.

154.

The allegations of Paragraph 154 of Plaintiffs' Complaint are denied.

155.

The allegations of Paragraph 155 of Plaintiffs' Complaint are denied because they state a legal conclusion.

156.

The allegations of Paragraph 156 of Plaintiffs' Complaint are denied.

157.

The allegations of Paragraph 157 of Plaintiffs' Complaint, including subparagraphs (a)-(e), are denied.

158.

The allegations of Paragraph 158 of Plaintiffs' Complaint are denied.

159.

The allegations of Paragraph 159 of Plaintiffs' Complaint are not directed to this Defendant, and therefore, no response is required. To the extent a response is required it is admitted Plaintiffs have requested a trial by jury all other allegations are denied.

160.

The allegations of Paragraph 160 of Plaintiffs' Complaint, including subparagraphs (A)-(E), are denied.

161.

To the extent the allegations of Plaintiff's WHEREFORE Paragraph (entitled "Prayer for

Relief") require a response, said allegations are denied.

162.

Defendant requests and prays for a trial by jury.

**WHEREFORE**, Defendant, Tafari Beard, respectfully prays that this Answer be deemed good and sufficient, and that after due proceedings are had, there be judgment in their favor and against Plaintiff, dismissing all of Plaintiff's claims with prejudice. Defendant further requests a trial by jury on all issues herein.

Respectfully Submitted,


_____*/s/ Kyle P. Kirsch*_____
KYLE P. KIRSCH (#26363)
SAMUEL J. PETERSON (#41895)
NOAH C. ORMOND (#41888)
WANEK KIRSCH LLC
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Tel: 504-324-6493
Fax: 504-324-6626
Email: kkirsch@wanekkirsch.com
***Attorneys for Tafari Beard***


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system and/or via electronic mail this 17th day of March 2026.

_____/s/ Kyle P. Kirsch_____