# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

LAKEISHA VARNADO, ET AL

Plaintiff

v.

JOSEPH CARBONI, ET AL

Defendant

3:24-cv-00133-SDD-RLB

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendant, David Kennedy, through undersigned counsel

provides the following information:

  A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

DAVID KENNEDY

H. BRADFORD CALVIT (#18158)

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.