**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LAKEISHA VARNADO, ET AL**                     **CIVIL ACTION NO: 3:24-cv-00133-SDD-RLB**

**VERSUS**                                                      **CHIEF JUDGE SHELLY D. DICK**

**JOSEPH CARBONI, ET AL**                       **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.**

**SECOND MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. RULE 12(b)(6)**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, DAVID KENNEDY, who moves this Court, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), for a dismissal, with full prejudice, of certain claims made by the Plaintiffs against him for the reasons set forth in the Memorandum in Support of the Second Motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(6).

The claims sought to be dismissed are:

1) Count I - Unreasonable seizure - transportation to and detention at the BRAVE Cave and search of the dwelling;

2) Count II - Unreasonable search at the BRAVE Cave;

3) Count III - Failure to intervene/bystander liability pursuant to the Fourth Amendment;

4) Count IV - Excessive use of force, except for the claim that Kennedy used excessive force when he struck K.E.V. while he was handcuffed and detained at the BRAVE Cave;

5) Count XV - Fourteenth Amendment cruel and unusual punishment by inflicting sexual physical harm and emotional distress;

6) Counts IX, X, XI and XII - All Assault claims under state law;

7) Counts IX, X, XI and XII - Battery claims made by K.A.V., T.R. and Varnado;

8)    Counts IX, X, XI and XII - Intentional Infliction of Emotional Distress;

9)    Counts IX, X, XI and XII - Negligence;

10)   Counts XIII and XIV - Due Process violation pursuant to La. Const. Art. I, Section 2;

11)   Counts XIII and XIV - Unreasonable search and seizure pursuant to La. Const. Art. I, Section 5 for the any search or detention of K.A.V., T.R. and Varnado; and,

12)   Count XVI - Conspiracy.

WHEREFORE, Defendant, DAVID KENNEDY, prays that this Court dismiss Plaintiffs' claims, with prejudice, at Plaintiffs' costs, as set forth above and in the accompanying Memorandum In Support of Second Motion to Dismiss.

Respectfully Submitted:

**PROVOSTY, SADLER & deLAUNAY, APC**

By: /s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318-767-3133    F: 318/767-9588
JOHN D. RYLAND (#20355)
jryland@provosty.com
P: 318-767-3177    F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318-767-3118    F: 318/767-9588
4615 Parliament Dr., Suite 200 (71303)
P.O. Box 13530
Alexandria, LA 71315-3530
ATTORNEYS FOR DEFENDANT,
DAVID KENNEDY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2026, I electronically filed the SECOND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(b)(6) with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Ryan K. Thompson<br>660 Richland Avenue<br>Baton Rouge, LA 70806<br>(323)271-8032<br>Email: RKTsocialjustice@gmail.com<br><br>Jessica F. Hawkins<br>P.O. Box 5071<br>Baton Rouge, LA 70802<br>Email: jessicahawkins0421@gmail.com<br>(915) 217-9192<br>*ATTORNEYS FOR PLAINTIFFS,*<br>*LAKEISHA VARNADO, ET AL* | Brad Thomson<br>1180 N. Milwaukee Ave.<br>Chicago, IL 60642<br>773-235-0070<br>Email: brad@peopleslawoffice.com<br>*ATTORNEYS FOR PLAINTIFFS,*<br>*LAKEISHA VARNADO, ET AL* |
| Kyle Kershaw<br>212 Laurel Street<br>Baton Rouge, LA 70801<br>(225) 336-9600; Fax: (225) 709-1554<br>Email: kylekershaw@bellsouth.net<br>*ATTORNEYS FOR DEFENDANT,*<br>*JOSEPH CARBONI* | John S. McLindon<br>John S. McLindon<br>7967 Office Park Blvd., Suite B<br>Baton Rouge, LA 70809<br>225-408-0362<br>Email: john@mclindonlaw.com<br>*ATTORNEYS FOR DEFENDANT,*<br>*LORENZO COLEMAN* |

| | |
|---|---|
| Kyle P. Kirsch<br>Noah Ormond<br>Samuel John Peterson<br>Wanek Kirsch Davies LLC<br>1340 Poydras Street, Suite 2000<br>New Orleans, LA 70112<br>(504) 324-6493; Fax: (504) 324-6626<br>Email: kkirsch@wanekkirsch.com<br>Email: normond@wanekkirsch.com<br>Email: speterson@wanekkirsch.com<br>*ATTORNEYS FOR DEFENDANT,*<br>*TAFARI BEARD* | Michael Paul Schillage<br>Office of the East Baton Rouge Parish<br>Attorney<br>222 St. Louis Street, Suite 902<br>Baton Rouge, LA 70802<br>(225) 389-3114; Fax: (225) 389-8736<br>Email: mschillage@brla.gov<br><br>Theresa Jessica Dorcelus<br>City of Baton Rouge<br>Parish Attorney<br>222 Saint Louis St, 9th Floor<br>Baton Rouge, LA 70802<br>225-389-3114<br>Email: tdorcelus@brla.gov<br>*ATTORNEYS FOR DEFENDANTS,*<br>*CITY OF BATON ROUGE/PARISH OF*<br>*EAST BATON ROUGE* |

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail and/or CMRRR to the following non-CM/ECF participants: NONE.

/s/ H. Bradford Calvit
OF COUNSEL