**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LAKEISHA VARNADO, ET AL**          **CIVIL ACTION NO: 3:24-cv-00133-SDD-RLB**

**VERSUS**                           **CHIEF JUDGE SHELLY D. DICK**

**JOSEPH CARBONI, ET AL**            **MAGISTRATE JUDGE RICHARD L.**
                                     **BOURGEOIS, JR.**


**ORDER**

CONSIDERING the SECOND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P.

RULE 12(b)(6) filed by Defendant, DAVID KENNEDY;

IT IS ORDERED that Defendant, DAVID KENNEDY, be and is hereby granted Judgment

dismissing, with full prejudice, the following claims and causes of action filed by Plaintiffs,

LAKEISHA VARNADO, Individually, and on Behalf of her Minor Children, K.A.V. and K.E.V.

and TREDONOVAN RABY, on behalf of minor, T.R., at Plaintiffs' cost:

1) Count I - Unreasonable seizure - transportation to and detention at the BRAVE Cave and search of the dwelling;

2) Count II - Unreasonable search at the BRAVE Cave;

3) Count III - Failure to intervene/bystander liability pursuant to the Fourth Amendment;

4) Count IV - Excessive use of force, except for the claim that Kennedy used excessive force when he struck K.E.V. while he was handcuffed and detained at the BRAVE Cave;

5) Count XV - Fourteenth Amendment cruel and unusual punishment by inflicting sexual physical harm and emotional distress;

6) Counts IX, X, XI and XII - All Assault claims under state law;

7) Counts IX, X, XI and XII - Battery claims made by K.A.V., T.R. and Varnado;

Page 1 of  2

8)      Counts IX, X, XI and XII - Intentional Infliction of Emotional Distress;

9)      Counts IX, X, XI and XII - Negligence;

10)     Counts XIII and XIV - Due Process violation pursuant to La. Const. Art. I, Section 2;

11)     Counts XIII and XIV - Unreasonable search and seizure pursuant to La. Const. Art. I, Section 5 for the any search or detention of K.A.V., T.R. and Varnado; and,

12)     Count XVI - Conspiracy.

THUS DONE AND SIGNED this _____ day of _____, 2026, at Baton Rouge, Louisiana.

_____
**HONORABLE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT JUDGE**