**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAKEISHA VARNADO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-133-SDD-RLB** |
| **JOSEPH CARBONI, ET AL.** | |

**ORDER**

This matter is before the Court on an Unopposed Motion to Extend Discovery Schedule filed by Plaintiffs. (R. Doc. 97). Within the motion, plaintiffs seek to extend the fact discovery and remaining discovery deadlines on the basis that necessary depositions remain outstanding. Considering the information contained in the motion, that the motion is unopposed, and the extension will not interfere with the current trial date,

**IT IS ORDERED** that the Unopposed Motion to Extend Discovery Schedule is **GRANTED.** The remaining discovery deadlines in the Scheduling Order (R. Doc. 71) shall be modified to allow additional time without interfering with the pretrial and trial deadlines as follows:[1]

1. The deadline to join other parties or to amend the pleadings is Expired.

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): Expired.

   b. **Filing** all discovery motions and **completing** all discovery except experts: **January 15, 2027.**

   **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

[1] All deadlines are repeated for ease of reference. New deadlines are indicated in bold type.

c. Disclosure of identities and resumés of experts:

**Plaintiff(s):** **February 12, 2027.**

**Defendant(s):** **February 26, 2027.**

d. Expert reports must be submitted to opposing parties as follows:

**Plaintiff(s):** **February 12, 2027.**

**Defendant(s):** **February 26, 2027.**

e. Discovery from experts must be completed by **March 26, 2027.**

3. Deadline to file dispositive motions and Daubert motions: April 30, 2027.

4. Deadline to file pre-trial order: October 26, 2027.[2]

Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

5. Deadline to file motions in limine: November 8, 2027.

Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.

6. Deadline to file an affidavit of settlement efforts: October 18, 2027.

7. Pre-trial conference date: November 9, 2027 at 1:30 p.m. in the chambers of the Honorable Shelly D. Dick.

8. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: November 22, 2027.

The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (https://www.lamd.uscourts.gov) under "Judges' Info."

9. A 5-day jury trial is scheduled for 9:00 a.m. beginning on November 29, 2027 in Courtroom 3.

Signed in Baton Rouge, Louisiana, on September 22, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.